UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-21996-CIV-MORENO

INFOLINK COMMUNICATION SERVICES INC. ET AL.,

      Appellant,

vs.

DREW M. DILLWORTH, Trustee

      Appellee.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Appellee's Response to Order to Show Cause **(D.E. No. 8)** filed on **December 1, 2011**.

Appellant filed a notice of appeal from Bankruptcy Court on June 1, 2011. On June 2, 2011, this Court issued a Notice that Appellant had fourteen (14) days in which to file its appeal brief under Fed.R.Bank.P. 8009. That Notice specifically advised Appellant that the Court may enter an order of dismissal if their brief was not filed within 14 days. On June 17, 2011, Appellant filed a Motion for Review of Order Converting Temporary Restraining Order to Preliminary Injunction **(D.E. No. 5)**. This Motion is not an appeal brief or even a motion for leave to appeal, and it failed to satisfy Fed.R.Bank.P. Rule 8009. Since filing their notice of appeal on June 1, 2011, Appellant has failed to properly invoke the jurisdiction of this Court, has failed to obey Fed.R.Bank.P. 8009, and has failed to abide by this Court's Order to file his brief by June 16, 2011. It is

**ADJUDGED** that this action is DISMISSED. It is also

**ADJUDGED** that all pending motions in this case are DENIED as moot with leave to refile if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of December, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record